| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** RECEIVED | DOCKET NUMBER *(Tran. Court)* 5:01CR01300-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:07CM1259-WHA 2:07Cr135-WHA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: 2007 JUL 13 A 9: 40 Valeria Rena Benson AKA: Vallerie Renee Benson DISTRICT COURT MIDDLE DISTRICT ALA | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE George P. Kazen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/13/2006 | TO 11/12/2009 |

**OFFENSE**

Failure to Appear, in violation of Title 18 U.S.C. §§ 3146 (a)(1) and 3146 (b)(1)(A)(i).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS/Laredo Division</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the District of Alabama Middle on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

_11/17/06_
*Date*

_George P. Kazen_
George P. Kazen
*United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Alabama Middle/Montgomery Division

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

_6/14/07_
*Effective Date*

_____
*United States District Judge*